UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURAYA M. CRUMP,<br><br>           Plaintiff,<br><br>     vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>           Defendants. | Case No.: 5:22-cv-01266-MCS-SP<br><br>District Judge: Mark C. Scarsi<br><br>**ORDER ON STIPULATION FOR ORDER REGARDING PLAINTIFF'S COSTS AND EXPENSES (ECF No. 39)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SURAYA M. CRUMP ("Plaintiff") and Defendant FCA US, LLC have agreed FCA will pay $11,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses. Payment is due to Plaintiff's counsel within 60 days of entry of Order. Upon satisfaction of funding, the Parties will dismiss the case with prejudice within 10 business days.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff's Counsel in the amount of $11,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Date: July 6, 2023

_____
Mark C. Scarsi
United States District Judge

ORDER